NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
        Federal Building, Suite 7516AA
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone:    (213) 894-2442/2464
        Facsimile:    (213) 894-7819
        E-mail:  indira.j.cameron-banks@usdoj.gov
                    robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CV 19-2205** |
| Plaintiff, | [CR 07-0060-SVW] |
| v. | **APPLICATION FOR ORDER FOR APPEARANCE OF JUDGMENT DEBTOR AND FOR PRODUCTION OF DOCUMENTS;** |
| JUSTIN PAPERNY, | |
| Defendant. | [PROPOSED] **ORDER**. |

Plaintiff United States of America respectfully requests an order requiring defendant Justin Paperny ("Defendant") appear before a United States Magistrate Judge for a judgment debtor examination related to the subject criminal case, and requiring Defendant fully and accurately fill out a financial disclosure statement on a form provided by the U.S. Attorney's Office and produce financial documents in support of the financial disclosure statement.

On March 14, 2008, a judgment in a criminal case ("Judgment") was entered in United States v. Justin Paperny, CR 07-0060-SVW, requiring Defendant to pay a special assessment of $100.00 and restitution of $510,378.70, which was reduced to $334,995.01 in an Order filed September 10, 2008.  (Dkt. 41, 49.)  Copies of the Judgment and the Order (collectively, "Criminal Judgment") are attached as Exhibits 1 and 2, respectively.

As of March 22, 2019, Defendant's principal restitution balance is $278,510.09, according to the records of the District Court Clerk's Office.

The United States hereby applies for an order requiring Defendant (1) to appear between May 20 and May 23, 2019 to provide testimony, under oath, in connection with the enforcement of the Criminal Judgment, and (2) to submit to counsel for the United States -- by no later than 10 days before the judgment debtor examination -- a completely and accurately filled out and signed Financial Disclosure Statement, by using a form to be provided by the Financial Litigation Section of the U.S. Attorney's Office, along with all supportive documents requested therein. 18 U.S.C. § 3664(m)(1)(A)(ii), Fed. R. Civ. P. 69, and Cal. Code of Civ. P. § 708.110.

Defendant is believed to reside in the County of Los Angeles, within 150 miles of the place of examination.  See Cal. Code of Civ. P. § 708.160(b).  There has been no previous examination of Defendant within the past 120 days.  See Cal. Code of Civ. P.

- 1 -

§ 708.110(b).  No bond to stay execution on appeal has been filed on behalf of Defendant.

DATED:   March 25, 2019.                    Respectfully submitted,

                                            NICOLA T. HANNA
                                            United States Attorney
                                            DAVID M. HARRIS
                                            Assistant United States Attorney
                                            Chief, Civil Division
                                            INDIRA J. CAMERON-BANKS
                                            Assistant United States Attorney
                                            Chief, Financial Litigation Section


                                             */s/ Robert I. Lester*
                                            ROBERT I. LESTER
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            United States of America